UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ELIZABETH THOMPSON and LYNN CARDINALE,
on behalf of themselves and those similarly situated,

    Plaintiffs,

v.

DIRECT GENERAL CONSUMER
PRODUCTS, INC., DIRECT GENERAL
CORPORATION, DIRECT GENERAL
FINANCIAL SERVICES, INC., DIRECT
GENERAL INSURANCE AGENCY, INC.,
DIRECT GENERAL INSURANCE AGENCY
OF GEORGIA, INC., DIRECT GENERAL
INSURANCE AGENCY OF LOUISIANA, INC.,
DIRECT GENERAL INSURANCE AGENCY
OF NORTH CAROLINA, INC., DIRECT
GENERAL INSURANCE AGENCY OF SOUTH
CAROLINA, INC., DIRECT GENERAL
INSURANCE AGENCY OF TENNESSEE, INC.,
DIRECT GENERAL INSURANCE COMPANY,
DIRECT GENERAL INSURANCE COMPANY
OF MISSISSIPPI, DIRECT GENERAL LIFE
INSURANCE COMPANY, and
RIGHT CHOICE INSURANCE AGENCY, INC.,

    Defendants.

Civil Action No.: 3:12-1093
Jury Demanded

**MOTION TO APPEAR PRO HAC VICE**

In accordance with Local Rule 83.01(d) of The Bar of the Court Governing the Admission and Practice of Attorneys of the United States District Court for the Middle District of Tennessee, the undersigned respectfully moves for the admission of Andrew R. Frisch of the law firm Morgan and Morgan P.A., 600 North Pine Island Road, Suite 400, Plantation, FL 33324, telephone number, (954) 318-0268, for the purposes of appearing as co-counsel on behalf

of Elizabeth Thompson and Lynn Cardinale, on behalf of themselves and those similarly situated herein, in the above styled case only.

Andrew R. Frisch certifies herewith that he has studied the Local Rules of this Court and is a member in good standing of the Florida Bar, Middle District of Florida, Southern District of Florida, Northern District of Florida, District of New Jersey, Southern District of New York, Northern District of New York, Eastern District of New York, Southern District of Texas, Eastern District of Tennessee and District Court of Colorado. Attached hereto as Exhibit "A" is a certificate of good standing from the Clerk of the United States Court for the Middle District of Florida.

In further support of this motion, it is hereby designated that David A. McLaughlin admitted to the Middle District of Tennessee is a member of the bar of this Court and maintains an office in this state for the practice of law. He is a person to whom the Court and counsel may readily communicate and upon whom papers may be served. In addition, the law firm of Morgan and Morgan Memphis, LLC, 40 South Main Street, Suite 2600, One Commerce Square, Memphis, TN 38103, telephone number 901-217-7000 acts as local counsel in this matter.

## CONSENT TO DESIGNATION

I hereby consent to the foregoing designation.

_____
David A. McLaughlin, Esq.

Executed under penalty of perjury on this 2nd day of November, 2012, at Shelby County, Tennessee.

Respectfully submitted this 2nd of November, 2012.

/s David A. McLaughlin
David A. McLaughlin (TN B.P.R. 015561)
Attorney for Plaintiffs
Morgan & Morgan Memphis, LLC
40 S. Main Street Suite 2600
One Commerce Square
Memphis, Tennessee 38103
(901) 217-7000 phone
(901) 333-1897 fax
dmclaughlin@forthepeople.com


C. RYAN MORGAN, ESQ.,(*pro hac vice application forthcoming*)
Morgan & Morgan, P.A.
20 N. Orange Ave., 14th Floor
P.O. Box 4979
Orlando, FL 32802-4979
Telephone:   (407) 420-1414
Facsimile:   (407) 425-8171
Email:  RMorgan@forthepeople.com


ANDREW FRISCH, ESQ.,(*pro hac vice application forthcoming*)
Florida Bar No. 27777
MORGAN & MORGAN, P.A.
600 N. Pine Island Road, Suite 400
Plantation, Florida 33324
Telephone: (954) 318-0268
Facsimile:  (954) 333-3515
AFrisch@fortheepeople.com

*Trial Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 2, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Marisa E. Rosen, Esq., Hal K. Litchford, Esq., Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C., 390 North Orange Ave., Orlando, FL 32802, Telephone: (407) 422-6600, Fax: (407) 841-6600, E-mail: mrosen@bakerdonelson.com, hlitchford@bakerdonelson.com, Attorneys for Defendant.

/s *David A. McLaughlin*
David A. McLaughlin, Esq.