UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

_____

ELIZABETH THOMPSON and LYNN CARDINALE,
on behalf of themselves and those similarly situated,

Plaintiffs,

v.                                                              Civil Action No.: 3:12-1093
                                                                Judge: Sharp

DIRECT GENERAL CONSUMER
PRODUCTS, INC., DIRECT GENERAL                                  Magistrate: Judge Bryant
CORPORATION, DIRECT GENERAL
FINANCIAL SERVICES, INC., DIRECT
GENERAL INSURANCE AGENCY, INC.,
DIRECT GENERAL INSURANCE AGENCY
OF GEORGIA, INC., DIRECT GENERAL
INSURANCE AGENCY OF LOUISIANA, INC.,
DIRECT GENERAL INSURANCE AGENCY
OF NORTH CAROLINA, INC., DIRECT
GENERAL INSURANCE AGENCY OF SOUTH
CAROLINA, INC., DIRECT GENERAL
INSURANCE AGENCY OF TENNESSEE, INC.,
DIRECT GENERAL INSURANCE COMPANY,
DIRECT GENERAL INSURANCE COMPANY
OF MISSISSIPPI, DIRECT GENERAL LIFE
INSURANCE COMPANY, and
RIGHT CHOICE INSURANCE AGENCY, INC.,

       Defendants.
_____

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE OF COURT TO FILE A CONCISE REPLY TO DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO CONDITIONALLY CERTIFY COLLECTIVE ACTION AND INCORPORATED MEMORANDUM OF LAW**
_____

       Pursuant to Local Rule 7.01(b), Plaintiffs respectfully requests leave of Court to file a concise Reply to Defendants' Response in Opposition To Plaintiffs' Motion to Conditionally